[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 10, 2008
THOMAS K. KAHN
CLERK

No. 08-10632
Non-Argument Calendar
_____

D. C. Docket No. 06-61906-CV-MGC


KARI A. SCHABO,

                                        Plaintiff-Appellant,


versus


GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

                                        Defendant-Appellee.

_____

On Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 10, 2008)**

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

The plaintiff in this diversity case, which was removed to the district court, seeks a declaration that she is entitled to uninsured motorist coverage for injuries sustained in an automobile accident with an uninsured motorist. The defendant has denied such coverage. On cross motions for summary judgment, the district court found, in an order entered on January 18, 2008, that plaintiff was not entitled to uninsured motorist coverage because the "primary insured knowingly and lawfully waived uninsured motorist coverage, and then added [plaintiff] and her vehicle to that policy without changing is material terms." The court therefore granted defendant summary judgment.

Plaintiff appeals. We agree, for the reasons the district court articulated in its January 18 order, that plaintiff is not entitled to the uninsured coverage she seeks.

**AFFIRMED.**